**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE APPLICATION FOR ACCESS TO VIDEO EXHIBITS | Case No: 21-mc-79-TNM |

**CERTIFICATE OF SERVICE**

I hereby certify that on June 16, 2021, I caused true and correct copies of the Press Coalition's Application for Access to Video Exhibits (Dkt. 1) to be served via U.S. Mail on the following:

>Lindy R. Urso
>LINDY R. URSO, ATTORNEY AT LAW
>810 Bedford Street
>Suite 3
>Stamford, CT 06901
>203-325-4487
>Email: lindy@lindyursolaw.com
>
>Stephan Erich Seeger
>LAW OFFICE OF S.J. CARRIERO, LLC
>810 Bedford St.
>Suite 3
>Stamford, CT 06906
>203-273-5170
>Fax: 203-357-0608
>Email: seegerkid2@aol.com
>
>*Counsel for Defendant Patrick Edward McCaughey, III*
>
>Jocelyn Patricia Bond
>U.S. ATTORNEY'S OFFICE FOR THE DISTRICT OF COLUMBIA
>555 Fourth Street, NW
>Washington, DC 20001
>(202) 252-2571
>Email: jocelyn.bond@usdoj.gov

Melissa Joy Jackson
U.S. ATTORNEY'S OFFICE FOR THE DISTRICT OF COLUMBIA
555 4th Street, NW
Washington, DC 20530
202-252-7786
Email: melissa.jackson@usdoj.gov

*Counsel for the United States of America*


Dated:  June 16, 2021	Respectfully submitted,

	BALLARD SPAHR LLP

	/s/ *Charles D. Tobin*
	Charles D. Tobin (#455593)
	Maxwell S. Mishkin (#1031356)
	Lauren Russell (#1697195)
	1909 K Street, NW, 12th Floor
	Washington, DC 20006
	Tel: (202) 661-2200
	Fax: (202) 661-2299
	tobinc@ballardspahr.com
	mishkinm@ballardspahr.com
	russelll@ballarspahr.com

	*Counsel for the Press Coalition*